## THRIFT DRUG CO. OF PENNSYL-VANIA, Petitioner,

v.

## NATIONAL LABOR RELATIONS BOARD, Respondent.

### No. 18216.

United States Court of Appeals
Sixth Circuit.

Sept. 12, 1969.

Before O'SULLIVAN, EDWARDS and McCREE, Circuit Judges.

### ORDER

In accordance with the order of the United States Supreme Court, 89 S.Ct. 2125, dated June 23, 1969, vacating the judgment of this court in the above-styled case and remanding same to this court for further consideration.

It is hereby ordered that said case is remanded to the National Labor Relations Board for further proceedings in conformity with the United States Supreme Court's decision in National Labor Relations Board v. Gissel Packing Co., Inc., 395 U.S. 575, 89 S.Ct. 1918, 23 L.Ed. 2d 547 (1969) decided June 16, 1969.

## Batris W. PEROVICH, dba B. W. Perovich Construction Company, Appellant,

v.

## PIPE LININGS, INC., et al., Appellees.

### No. 22205.

United States Court of Appeals
Ninth Circuit.

Sept. 3, 1969.

Aaron M. Peck (argued), McKenna & Fitting, Les J. Weinstein, Los Angeles, Cal., for appellant.

Robert E. Cooper (argued), of Gibson, Dunn & Crutcher, John J. Hanson,

Douglas M. Hindley, Los Angeles, Cal., for appellees.

Before CHAMBERS and DUNIWAY, Circuit Judges, and SMITH, District Judge.*

PER CURIAM:

The District Court has a broad discretion to dismiss a case for failure to comply with its orders. We find no abuse of discretion here and the dismissal is affirmed.